IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DENZEL ALLEN , | * |
| Plaintiff, | * |
| v. | Case No.  4:23-cv-120-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 13, 2024, having accepted the recommendation of the United States Magistrate Judge in its entirety, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 13th day of August, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk